# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Campbell, David G. | District Court - Arizona | 07/02/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

401 West Washington
Suite 623, SPC 58
Phoenix, AZ 85003-2156

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Trustee | Family Foundation |
| 2. | Trustee | Trust # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 07/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Nastional Employment Lawyers Association | June 26-27, 2015 | Atlanta, GA | Speak at conference | Transportation, hotel, meals |
| 2. | International Center for Law and Religion Studies, BYU Law School | October 4-6, 2015 | Provo, UT | Participate in conference | Hotel, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 07/02/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 07/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 2. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 3. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 4. Wells Fargo Bank IRA | A | Interest | | | Merged (with line 9) | 03/31/15 | J | A | See note 3, Part VIII |
| 5. Wells Fargo Bank IRA | A | Interest | | | Merged (with line 54) | 03/31/15 | J | A | See note 3, Part VIII |
| 6. Wheeler Machinery Note Payable | E | Interest | P1 | T | | | | | See note 2, Part VIII |
| 7. Exxon Mobil Common Stock | B | Dividend | M | T | | | | | |
| 8. Bank of America Common Stock | A | Dividend | K | T | | | | | |
| 9. IRA | | | | | | | | | |
| 10. -- Schwab Deposit Account | A | Interest | K | T | | | | | |
| 11. -- DFA Emerging Markets Port | A | Dividend | K | T | | | | | |
| 12. -- DFA Intl Small Co Port | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 13. -- DFA Large Cap Intl Port | B | Dividend | L | T | Buy (add'l) | 03/04/15 | J | | |
| 14. -- DFA U.S. Large Cap Value | C | Dividend | M | T | Sold (part) | 02/27/15 | J | D | |
| 15. -- DFA U.S. Small Cap Value | C | Dividend | L | T | | | | | |
| 16. -- Powershs DB Commdty Indx | A | Dividend | K | T | Buy (add'l) | 03/04/15 | J | | |
| 17. -- Spdr Dow Jones REIT | B | Dividend | K | T | Buy (add'l) | 03/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Vanguard Bond Index Fund, Intermediate Term | C | Dividend | | | Sold | 02/27/15 | M | C | |
| 19. -- Vanguard Bond Index Fund, Short Term | B | Distribution | | | Sold | 02/27/15 | M | A | |
| 20. -- Vanguard Growth | C | Dividend | M | T | Sold (part) | 02/27/15 | K | D | |
| 21. -- SPDR Barclays Short Term ETF | C | Dividend | M | T | | | | | |
| 22. -- Vanguard Small Cap Growth | A | Dividend | J | T | | | | | |
| 23. -- DFA Investment Grade Port | A | Dividend | M | T | Buy | 03/04/15 | M | | |
| 24. MetLife Investors - Guarantee Adv UL Policy | D | Interest | M | T | | | | | |
| 25. Trust # 1 | | None | O | W | | | | | See note 1, Part VIII |
| 26. Trust # 2 | | | | | | | | | See note 1, Part VIII |
| 27. -- Wheeler Machinery Note Payable | D | Interest | M | T | | | | | See note 2, Part VIII |
| 28. Mutual Fund and Other Investments | | | | | | | | | |
| 29. -- Schwab Deposit Account | A | Interest | J | T | | | | | |
| 30. -- DFA Emerging Markets Port | A | Dividend | J | T | Buy (add'l) | 03/04/15 | J | | |
| 31. -- DFA Intl Small Co Port | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 32. -- DFA Large Cap Intl Port | A | Dividend | L | T | | | | | |
| 33. -- DFA US Large Cap Value | B | Dividend | M | T | Sold (part) | 02/27/15 | K | D | |
| 34. | | | | | Buy (add'l) | 04/16/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- DFA US Small Cap Value | B | Dividend | L | T | Buy (add'l) | 03/04/15 | J | | |
| 36. -- SPDR Barclays Short Term ETF | C | Dividend | N | T | Buy (add'l) | 04/16/15 | J | | |
| 37. -- Spdr Dow Jones REIT | B | Dividend | K | T | Buy (add'l) | 04/16/15 | J | | |
| 38. -- Vanguard Bond Index Fund, Intermediate Term | C | Dividend | | | Sold | 02/27/15 | M | C | |
| 39. -- Vanguard Bond Index Fund, Short Term | B | Dividend | | | Sold | 02/27/15 | M | A | |
| 40. -- Vanguard Growth | C | Dividend | M | T | Buy (add'l) | 04/16/15 | K | | |
| 41. | | | | | Sold (part) | 02/27/15 | K | D | |
| 42. | | | | | Sold (part) | 04/20/15 | K | D | |
| 43. -- Vanguard Small Cap Growth | A | Dividend | J | T | Buy | 04/16/15 | J | | |
| 44. -- Powershares DB Commdty Indx | A | Dividend | K | T | Buy | 03/04/15 | K | | |
| 45. | | | | | Buy | 04/16/15 | J | | |
| 46. -- DFA Investment Grade Port | A | Dividend | N | T | Buy | 03/04/15 | N | | |
| 47. Northwestern Mutual whole life policy | D | Dividend | M | T | | | | | |
| 48. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 49. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 50. Northweseetern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 51. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 07/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 53. Water rights, Carbon County, Utah | | None | L | W | | | | | |
| 54. Schwab IRA (invested in money market acct) | A | Interest | J | T | Open | 03/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 07/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1:  Trust 1 is a family trust ████████████████████████████  Other reportable assets held by the trust are included separately in Part VII.  Trust 2 is a college education trust that holds the assets listed below the trust.

Note 2:  For the notes payable on lines 6 and 28, the debtor is Wheeler Machinery Company.  The notes are simple demand notes bearing market interest rates.

Note 3:  These IRAs, which previously were held separately, were merged into the IRAs on the lines indicated.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David G. Campbell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544